BEFORE THE THIRD DIVISION, MAY 1, 1939

No 41184.—Protests 973909–G, etc., of John Alban & Co., Inc. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 39667 it was held that an allowance should have been made in the weight of the cheese to compensate for the weight of the covering.

APRIL 25, 1939

No. 41185.— —Protest 787954–G of H. Grabenheimer & Sons, Inc. C. D. 106. Application by plaintiff for rehearing granted.

No. 41186.— —Protest 894936–G of John A. Conkey & Co. C. D. 113. Application by plaintiffs for rehearing denied.

No. 41187.— —Protests 938093–G, etc., of Pistorino & Co., Inc. C. D. 127. Application by Government for rehearing denied.

APRIL 26, 1939

No. 41188.— —Protests 907706–G, etc., of Seaboard Lumber Sales Co., Inc. Abstract 40918. Application by plaintiff for rehearing granted and the error in the former judgment corrected.

APRIL 28, 1939

No. 41189.— —Protests 622539–G, etc., of American Shipping Co. et al. Abstract 40973. Application by plaintiffs for rehearing granted.

APRIL 29, 1939

No. 41190.—SUIT 4181.— .—*Park & Tilford Import Corp.* v. *United States.* T. D. 49518 affirmed.

MAY 1, 1939

No. 41191.—SUIT 4191.— —*Kachurin Drug Co.* v. *United States.* Abstract 38784 affirmed.

BEFORE THE SECOND DIVISION, MAY 2, 1939

No. 41192.—Protests 485908–G, etc., of Wagner-Watrous, Inc., et al. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel aneroid barometer movements and aneroid barometers in frames or cases the same as those passed upon in *United States* v. *Oppleman* (25 C. C. P. A. 168, T. D. 49271) and *Oppleman* v. *United States* (T. D. 49565) were held dutiable at 27½ percent under paragraph 372. Thermometers the same as those passed upon in Abstract 39852 were held dutiable as household utensils at 40 percent under paragraph 339.